RED SKY, INC., t/a Payless for Beer & Pop Everyday, Appellant,

v.

PENNSYLVANIA STATE POLICE, BUREAU OF LIQUOR CONTROL ENFORCEMENT, Appellee.

BEER & POP WAREHOUSE, INC., Appellant,

v.

PENNSYLVANIA STATE POLICE, BUREAU OF LIQUOR CONTROL ENFORCEMENT, Appellee.

Q.F.A., INC., Appellant,

v.

PENNSYLVANIA STATE POLICE, BUREAU OF LIQUOR CONTROL ENFORCEMENT, Appellee.

JET DISTRIBUTORS, INC., t/a Beer & Pop Warehouse, Appellant,

v.

PENNSYLVANIA STATE POLICE, BUREAU OF LIQUOR CONTROL ENFORCEMENT, Appellee.

Supreme Court of Pennsylvania, Western District.

Argued March 4, 1996.

Decided March 18, 1996.

Roslyn M. Litman, Martha S. Helmreich, Pittsburgh, for Red Sky, Inc. t/a Payless for Beer & Pop Everyday.

Stanley J. Wolowski, Richard Parker, Pittsburgh, for Bureau of Liquor Control Enforcement.

Before FLAHERTY, ZAPPALA, CAPPY, CASTILLE and NIGRO, JJ.

## ORDER

PER CURIAM.

The order of the Commonwealth Court is affirmed.

NIX, C.J., did not participate in the consideration or decision of this case.

NEWMAN, J., did not participate in the consideration or decision of this case.